IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC.,<br>and CIMA LABS, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>WATSON PHARMACEUTICALS, INC.,<br>and WATSON LABORATORIES, INC.,<br><br>      Defendants. | Civil Action. No. _____ |

## DISCLOSURE STATEMENT OF CIMA LABS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Cima Labs, Inc. makes the following Corporate Disclosure Statement:

1)   The parent corporation of Cima Labs, Inc. is Cephalon, Inc.

2)   Cephalon, Inc. owns 10% or more of the stock of Cima Labs, Inc.

Respectfully submitted,

FISH & RICHARDSON, P.C.

William J. Marsden, Jr. (#2247) By DCM
Douglas E. McCann (#3852)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
marsden@fr.com
dmccann@fr.com

Attorneys for Plaintiffs

DATED:   June 2, 2008