AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br> v. <br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants. | **SUMMONS IN A CIVIL CASE** <br><br> C.A. No. 0 8 - 3 3 0 - |

TO:   **WATSON LABORATORIES, INC.**
c/o Corporation Trust Company of Nevada
6100 Neil Road, Suite 500
Reno, NV 89811

c/o Delaware Secretary of State          Pursuant to 10 Del.C. §3104
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, 11th floor
P.O. Box 1114
Wilmington, DE 19899-1114

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                   6/2/08
_____          _____
Clerk                                                          Date

_Debra Smith_
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: June 3, 2008 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☑ Other (specify): Served upon Watson Laboratories Inc by serving the Delaware Secretary of State located at 401 Federal Street Dover DE 19901. Service accepted by Karen Charbonneau at 1:45 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 6/3/08
Date

*Signature of Server*

15 East North Street Dover DE 19901
*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.