IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CEPHALON, INC. and
CIMA LABS, INC.,

      Plaintiffs,

    v.

WATSON  PHARMACEUTICALS, INC.
and WATSON LABORATORIES, INC.,

      Defendants.

Civil Action No. 08-330-JJF

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Duane-David Hough and Jonathan E. Singer to represent Plaintiffs Cephalon, Inc. and Cima Labs, Inc., in this matter.

Dated:  June 17, 2008

FISH & RICHARDSON P.C.

By: _____
    William J. Marsden, Jr. (#2247)
    Douglas E. McCann (#3852)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19889-1114
    Telephone:  (302) 652-5070
    Facsimile:  (302) 652-0607

*Attorneys for Plaintiffs*
*Cephalon, Inc. and Cima Labs, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsels' motion for admission *pro hac vice* is granted.

Dated: _____, 2008

          _____
          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to

Local Rule 83.6, submit to disciplinary jurisdiction of this Court for any alleged misconduct which

occurs in the preparation or course of this action. I also certify I am generally familiar with this

Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I

further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid

previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.


Dated: June 16 , 2008          Signed: _____

                                        Duane-David Hough
                                        FISH & RICHARDSON P.C.
                                        Citigroup Center
                                        52nd Floor
                                        153 East 53rd Street
                                        New York, NY 10022-4611
                                        (212) 765-5070

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bars of Minnesota, Illinois, and

California and, pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action. I also certify I am

generally familiar with this Court's Local Rules. In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office

upon the filing of this motion.

Dated: June 16 , 2008          Signed: 

Jonathan E. Singer
FISH & RICHARDSON, P.C.
60 South Sixth Street
3300 RBC Plaza
Minneapolis, MN 55402
(612) 335-5070