IN THE UNITED STATES. DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., | ) |
| Plaintiffs, | ) ) ) |
| | ) C. A. No. 08-330-JJF |
| v. | ) ) |
| WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC. | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. shall move, answer or otherwise respond to the complaint is extended to and including July 15, 2008.

/s/ Douglas E. McCann
William J. Marsden, Jr. (#2247)
marsden@fr.com
Douglas E. McCann (#3852)
dmccann@fr.com
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
302-652-5070
*Attorneys for Plaintiffs*

/s/ Steven J. Fineman
Frederick L. Cottrell, III #2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendants*

Dated: June 20, 2008

    SO ORDERED this _____ day of _____, 2008.

                                                                                                    _____
                                                                                                United States District Court Judge