IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC., <br><br> *Defendants*. | :<br>:<br>:<br>:<br>:<br>: C. A. No. 08-330-JJF<br>:<br>:<br>:<br>:<br>: |

## WATSON PHARMACEUTICALS, INC.'S RULE 7.1. STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Watson Pharmaceuticals, Inc. (a Nevada Corporation) states that there is no corporate parent or publicly-held corporation that owns 10% or more of the stock of Watson Pharmaceuticals, Inc.

OF COUNSEL

Barry S. White
James K. Stronski
H. Sarah Park
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
212) 588-0800

Dated: July 15, 2008

/s/ *signature*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

**BY HAND DELIVERY**

William J. Marsden, Jr.
Douglas E. McCann
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington DE 19899-1114

I hereby certify that on July 15, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

| Duane-David Hough | Jonathan E. Singer |
| FISH & RICHARDSON, P.C. | FISH & RICHARDSON, P.C. |
| Citigroup Center | 60 South Sixth St. |
| 52nd Floor | 3300 RBC Plaza |
| 153 East 53rd St. | Minneapolis, MN 55402 |
| New York, NY 10022-4611 | |

/s/ Steven J. Fineman
Steven J. Fineman (#4025)

RLF1-3302891-1