IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC., <br><br> Defendants. | C. A. No. 08-330-JJF |

## WATSON LABORATORIES, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND (6)

Defendant Watson Laboratories. Inc., a Nevada corporation, by and through its undersigned attorneys, respectfully moves pursuant to Fed. R. Civ. P. 12(b)(2) and (6) for entry of an order granting dismissal of all claims brought against it by Cephalon, Inc., and CIMA Labs, Inc. (collectively, "Plaintiffs"), for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Watson Laboratories, Inc.'s Opening Brief In Support Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and (6) filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL <br><br> Barry S. White <br> James K. Stronski <br> H. Sarah Park <br> FROMMER LAWRENCE & HAUG LLP <br> 745 Fifth Avenue <br> New York, New York 10151 <br> 212) 588-0800 <br><br> Dated: July 15, 2008 | /s/ Frederick L. Cottrell, III <br> Frederick L. Cottrell, III (#2555) <br> Cottrell@rlf.com <br> Steven J. Fineman (#4025) <br> Fineman@rlf.com <br> RICHARDS, LAYTON & FINGER P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br><br> *Attorneys for Defendants* |

RLF1-3302883-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

**BY HAND DELIVERY**

William J. Marsden, Jr.
Douglas E. McCann
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington DE 19899-1114

I hereby certify that on July 15, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

| | |
|---|---|
| Duane-David Hough<br>FISH & RICHARDSON, P.C.<br>Citigroup Center<br>52nd Floor<br>153 East 53rd St.<br>New York, NY 10022-4611 | Jonathan E. Singer<br>FISH & RICHARDSON, P.C.<br>60 South Sixth St.<br>3300 RBC Plaza<br>Minneapolis, MN 55402 |

Steven J. Fineman (#4025)

RLF1-3302891-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., *Plaintiffs,* v. WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, INC., *Defendants.* | Civil Action No. 08-cv-00330- JJF |

### ORDER GRANTING WATSON LABORATORIES, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) AND (6)

WHEREAS, Defendant Watson Laboratories, Inc., a Nevada corporation, having moved the Court for an order granting dismissal of Cephalon, Inc. and CIMA Labs, Inc.'s, claims against it pursuant to Fed. R. Civ. P. 12(b)(2) and (6);

WHEREAS, the Court having considered the briefs and arguments in support of and opposition to said motion:

IT IS HEREBY ORDERED, this ____ day of _____, 2008, that the motion is GRANTED.

_____
United States District Court Judge

RLF1-3302885-1                                                                                         00558944.DOC