IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CEPHALON, INC.,<br>and CIMA LABS, INC.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC., and<br>WATSON LABORATORIES, INC.,<br><br>      *Defendants*. | :<br>:<br>:<br>:<br>:<br>:   C. A. No. 08-330-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## **WATSON LABORATORIES, INC.'S RULE 7.1. STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Watson Laboratories, Inc. (a Nevada Corporation) states that it is a wholly owned subsidiary of parent company Watson Pharmaceuticals, Inc. Watson Pharmaceuticals, Inc. is a publicly held corporation that owns more than 10% of the stock of Watson Laboratories, Inc.

OF COUNSEL

Barry S. White
James K. Stronski
H. Sarah Park
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
212) 588-0800

Dated: July 15, 2008

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

**BY HAND DELIVERY**

William J. Marsden, Jr.
Douglas E. McCann
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington DE 19899-1114

I hereby certify that on July 15, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

Duane-David Hough
FISH & RICHARDSON, P.C.
Citigroup Center
52nd Floor
153 East 53rd St.
New York, NY 10022-4611

Jonathan E. Singer
FISH & RICHARDSON, P.C.
60 South Sixth St.
3300 RBC Plaza
Minneapolis, MN 55402

/s/ Steven J. Fineman
Steven J. Fineman (#4025)