IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC.,<br><br>Defendants. | C.A. No. 08-330-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 29, 2008, true and correct copies of

**PLAINTIFFS' SPECIAL INTERROGATORIES RELATED TO JURISDICTION TO DEFENDANT WATSON PHARMACEUTICALS, INC.**

**PLAINTIFFS' SPECIAL INTERROGATORIES RELATED TO JURISDICTION TO DEFENDANT WATSON LABORATORIES, INC.;** and

**PLAINTIFFS' SPECIAL INTERROGATORIES RELATED TO JURISDICTION TO WATSON PHARMA, INC. DELAWARE**

were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| **VIA E-MAIL AND HAND DELIVERY**<br>Frederick L. Cottrell, III, Esq.<br>Steven J. Fineman, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899 | *Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.* |

**VIA E-MAIL AND FIRST CLASS MAIL**　　*Defendants Watson Pharmaceuticals,*
Barry S. White, Esq.　　　　　　　　　　　*Inc. and Watson Laboratories, Inc.*
James K. Stronski, Esq.
H. Sarah Park, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Dated: July 29, 2008　　　　　FISH & RICHARDSON P.C.

By: /s/ Douglas E. McCann
William J. Marsden, Jr. (#2247)
marsden@fr.com
Douglas E. McCann (#3852)
dmccann@fr.com
919 N. Market Street, Sutie 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Attorneys for Plaintiffs
CEPHALON, INC. and CIMA LABS

80066157.doc