IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., a Nevada Corporation, and WATSON LABORATORIES, INC., a Nevada Corporation, <br><br> Defendants. | Civil Action No. 08-330 JJF |

**STIPULATION AND ORDER**

WHEREAS, Defendant Watson Pharmaceuticals, Inc. filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and (7) (D.I. 12);

WHEREAS, Defendant Watson Laboratories, Inc. filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and (6) (D.I. 15) (collectively, the "Motions");

WHEREAS, Plaintiffs' responsive briefs to the Motions are currently due August 1, 2008;

WHEREAS, the parties are discussing jurisdictional discovery and a schedule for such before plaintiffs file their opposition brief to the Motions, but are still negotiating a schedule for such discovery;

WHEREAS, the parties anticipate that they will conclude these negotiations concerning a schedule for jurisdictional discovery and the filing of opposition and reply briefs to the Court for its review and approval during the week of August 4, 2008;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Plaintiffs Cephalon, Inc., and CIMA LABS, INC. shall respond to the Motions is extended to and includes August 8, 2008 so that the parties may conclude their negotiations and present a schedule to the Court.

| | |
|---|---|
| */s/ Douglas E. McCann* | */s/ Steven J. Fineman* |
| William J. Marsden, Jr. (#2247) | Frederick L. Cottrell, III #2555) |
| marsden@fr.com | Cottrell@rlf.com |
| Douglas E. McCann (#3852) | Steven J. Fineman (#4025) |
| dmccann@fr.com | Fineman@rlf.com |
| Fish & Richardson, P.C. | Richards, Layton & Finger, P.A. |
| 919 N. Market Street, Suite 1100 | One Rodney Square |
| P. O. Box 1114 | 920 North King Street |
| Wilmington, DE  19899-1114 | Wilmington, DE 19801 |
| 302-652-5070 | 302-651-7700 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated:  July 31, 2008

  IT IS SO ORDERED this _____ day of _____, 2008.


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE