IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 08-330-JJF |
| WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., | |
| Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 1, 2008, true and correct copies of

**PLAINTIFFS' SPECIAL REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATED TO JURISDICTION TO WATSON PHARMACEUTICALS, INC.**

**PLAINTIFFS' SPECIAL REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATED TO JURISDICTION TO WATSON LABORATORIES, INC., and**

**PLAINTIFFS' SPECIAL REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATED TO JURISDICTION TO WATSON PHARMA, INC. DELAWARE**

were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA E-MAIL AND HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Steven J. Fineman, Esq.
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

*Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.*

**VIA E-MAIL AND FEDERAL EXPRESS**          *Defendants Watson Pharmaceuticals,*
Barry S. White, Esq.                                            *Inc. and Watson Laboratories, Inc.*
James K. Stronski, Esq.
H. Sarah Park, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151


Dated:   August 1, 2008                    FISH & RICHARDSON P.C.

                                                        By:  */s/ Kyle Wagner Compton*
                                                                William J. Marsden, Jr. (#2247)
                                                                marsden@fr.com
                                                                Douglas E. McCann (#3852)
                                                                dmccann@fr.com
                                                                Kyle Wagner Compton (#4693)
                                                                kwc@fr.com
                                                                919 N. Market Street, Suite 1100
                                                                P.O. Box 1114
                                                                Wilmington, DE 19899-1114
                                                                Tel:  (302) 652-5070
                                                                Fax: (302) 652-0607

                                                        Attorneys for Plaintiffs
                                                        CEPHALON, INC. and CIMA LABS

80066254.doc