IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-330-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that discovery and briefing on Watson Pharmaceuticals, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and (7) (D.I. 12) and Watson Laboratories, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and (6) (D.I. 15) ("the motions") shall proceed as follows:

(1) The parties agree that the time to respond to any discovery demand served under Fed. R. Civ. P. 33 or 34 shall be twenty-eight (28) days after service.

(2) Plaintiffs may take the depositions of the three (3) declarants who submitted declarations in support of the motions — Pamela Davis, Patrick G. Brunner, and Andrew S. Boyer — and may serve one (1) notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6) relating to the motions on each of Watson Pharmaceuticals, Inc, Watson Laboratories, Inc., and Watson Pharma, Inc.

(3) The deadline for completing discovery relating to the motions is October 15, 2008.

(4) Plaintiffs will serve and file their answering brief(s) on October 29, 2008.

(5)     Defendants will serve and file their reply briefs in support of the motions on November 12, 2008.

(6)     Until such time as a protective order is entered in this matter, disclosure of documents designated as confidential is limited according to D. Del. LR. 26.2 provided, however, that documents may be provided to an outside vendor for imaging, copying and other related document management services.  Any such vendor shall not disclose any document, or the contents of any document, other than to outside counsel for Plaintiffs.

| FISH & RICHARDSON P.C. | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Douglas E. McCann* | */s/ Steven J. Fineman* |
| William J. Marsden, Jr. (#2247) | Frederick L. Cottrell, III (#2555) |
| marsden@fr.com | cottrell@rlf.com |
| Douglas E. McCann (#3852) | Steven J. Fineman (#4025) |
| dmccann@fr.com | fineman@rlf.com |
| 919 N. Market Street, Sutie 1100 | Richards, Layton & Finger |
| P.O. Box 1114 | One Rodney Square |
| Wilmington, DE 19899-1114 | 920 N. King Street |
| Tel:  (302) 652-5070 | P.O. Box 551 |
| | Wilmington, DE 19899 |
| Attorneys for Plaintiffs | Tel:  (302) 651-7700 |
| *CEPHALON, INC. AND CIMA LABS, INC.* | |
| | *Attorneys for Defendants* |
| | *WATSON PHARMACEUTICALS, INC.* |
| | *AND WATSON LABORATORIES, INC.* |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE