IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-330-JJF |

### NOTICE OF SERVICE OF SUBPOENA

TO:  Frederick L. Cottrell, III, Esq.      Barry S. White, Esq.
     Steven J. Fineman, Esq.               James K. Stronski, Esq.
     Richards, Layton & Finger             H. Sarah Park, Esq.
     One Rodney Square                     Frommer Lawrence & Haug LLP
     920 N. King Street                    745 Fifth Avenue
     Wilmington, DE 19801                  New York, NY  10151

**PLEASE TAKE NOTICE** that on August 18, 2008, or as soon thereafter as service may be effectuated, Plaintiffs will serve a subpoena *duces tecum* on **REDACTED**, c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Dated:  August 18, 2008          FISH & RICHARDSON P.C.

                                 By: */s/ Douglas E. McCann*
                                     William J. Marsden, Jr. (#2247)
                                     marsden@fr.com
                                     Douglas E. McCann (#3852)
                                     dmccann@fr.com
                                     Kyle Wagner Compton (#4693)
                                     kwc@fr.com
                                     919 N. Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE 19899-1114
                                     Tel:  (302) 652-5070

                                 Attorneys for Plaintiffs
                                 CEPHALON, INC. and CIMA LABS, INC.