IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-330-JJF |

### NOTICE OF SERVICE OF SUBPOENA

TO:    Frederick L. Cottrell, III, Esq.    Barry S. White, Esq.
Steven J. Fineman, Esq.    James K. Stronski, Esq.
Richards, Layton & Finger    H. Sarah Park, Esq.
One Rodney Square    Frommer Lawrence & Haug LLP
920 N. King Street    745 Fifth Avenue
Wilmington, DE 19801    New York, NY 10151

**PLEASE TAKE NOTICE** that on August 20, 2008, or as soon thereafter as service may be effectuated, Plaintiffs will serve a subpoena *duces tecum* on **REDACTED**, c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Dated: August 20, 2008    FISH & RICHARDSON P.C.

By: */s/ Douglas E. McCann*
William J. Marsden, Jr. (#2247)
marsden@fr.com
Douglas E. McCann (#3852)
dmccann@fr.com
Kyle Wagner Compton (#4693)
kwc@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Attorneys for Plaintiffs
CEPHALON, INC. and CIMA LABS, INC.