IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-330-JJF |

## NOTICE OF SERVICE OF SUBPOENA

TO:  Frederick L. Cottrell, III, Esq.          Barry S. White, Esq.
     Steven J. Fineman, Esq.                   James K. Stronski, Esq.
     Richards, Layton & Finger                 H. Sarah Park, Esq.
     One Rodney Square                         Frommer Lawrence & Haug LLP
     920 N. King Street                        745 Fifth Avenue
     Wilmington, DE 19801                      New York, NY 10151

**PLEASE TAKE NOTICE** that on August 26, 2008, or as soon thereafter as service may be effectuated, Plaintiffs will serve a subpoena *duces tecum* on **REDACTED**

Dated: August 26, 2008        FISH & RICHARDSON P.C.

                              By: */s/ Douglas E. McCann*
                                  William J. Marsden, Jr. (#2247)
                                  marsden@fr.com
                                  Douglas E. McCann (#3852)
                                  dmccann@fr.com
                                  Kyle Wagner Compton (#4693)
                                  kwc@fr.com
                                  919 N. Market Street, Suite 1100
                                  P.O. Box 1114
                                  Wilmington, DE 19899-1114
                                  Tel: (302) 652-5070

                              Attorneys for Plaintiffs
                              CEPHALON, INC. and CIMA LABS, INC.