IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 08-330-JJF |
| WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., | |
| Defendants. | |

### NOTICE OF SERVICE OF SUBPOENA

TO:  Frederick L. Cottrell, III, Esq.   Barry S. White, Esq.
     Steven J. Fineman, Esq.            James K. Stronski, Esq.
     Richards, Layton & Finger          H. Sarah Park, Esq.
     One Rodney Square                  Frommer Lawrence & Haug LLP
     920 N. King Street                 745 Fifth Avenue
     Wilmington, DE 19801               New York, NY 10151

**PLEASE TAKE NOTICE** that on August 26, 2008, or as soon thereafter as service may be effectuated, Plaintiffs will serve a subpoena *duces tecum* on   REDACTED   c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Dated: August 26, 2008       FISH & RICHARDSON P.C.

                             By: */s/ Douglas E. McCann*
                                 William J. Marsden, Jr. (#2247)
                                 marsden@fr.com
                                 Douglas E. McCann (#3852)
                                 dmccann@fr.com
                                 Kyle Wagner Compton (#4693)
                                 kwc@fr.com
                                 919 N. Market Street, Suite 1100
                                 P.O. Box 1114
                                 Wilmington, DE 19899-1114
                                 Tel: (302) 652-5070

                             Attorneys for Plaintiffs
                             CEPHALON, INC. and CIMA LABS, INC.