IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>WATSON PHARMACEUTICALS, INC., and :<br>WATSON LABORATORIES, INC., :<br>:<br>Defendants. : | C.A. No. 08-330-JJF |

### NOTICE OF SERVICE

TO:  William J. Marsden, Jr., Esquire
Douglas Edward McCann, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

PLEASE TAKE NOTICE that true and correct copies of Watson Laboratories, Inc.'s Objections and Responses to Plaintiffs' Special Interrogatories Related to Jurisdiction were caused to be served on September 3, 2008 on counsel of record in the manner indicated:

BY HAND DELIVERY
William J. Marsden, Jr., Esquire
Douglas Edward McCann, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

OF COUNSEL
Barry S. White
James K. Stronski
John G. Taylor
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
212-588-0800

/s/
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendants

Dated: September 3, 2008

RLF1-3317886-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

> William J. Marsden, Jr., Esquire
> Douglas Edward McCann, Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

> /s/ Steven J. Fineman
> Steven J. Fineman (#4025)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700
> fineman@rlf.com