IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., and WATSON PHARMA, INC.,<br><br>    *Defendants*. | Civil Action No. 08-330-SLR |

## NOTICE OF DEPOSITION OF DIMITRY ZELENYUK

PLEASE TAKE NOTICE that, pursuant to subpoena and Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Plaintiffs Cephalon, Inc. and CIMA LABS, INC. (collectively "Cephalon") will take the deposition of Dimitry Zelenyuk at the offices of Fish & Richardson P.C., Citigroup Center – 52nd Floor, 153 East 53rd Street, New York, NY 10022-4611, or another agreed upon location, on Friday, May 8, 2009, beginning at 9:00 a.m., and continuing thereafter until completed.

The deposition will be conducted under the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for such other purposes as are permitted at law. This deposition will be recorded by

- 2 -

videographic and/or ordinary stenographic methods, before a Notary Public or other person duly authorized by law to administer oaths.

Dated:  April 27, 2009             FISH & RICHARDSON P.C.

                                   By:  */s/ Douglas E. McCann*
                                        William J. Marsden, Jr. (#2247)
                                        marsden@fr.com
                                        Douglas E. McCann (#3852)
                                        dmccann@fr.com
                                        222 Delaware Avenue, 17th floor
                                        P.O. Box 1114
                                        Wilmington, DE 19899-1114
                                        Tel:  (302) 652-5070
                                        Fax: (302) 652-0607

                                   Attorneys for Plaintiff
                                   CEPHALON, INC. and CIMA LABS, INC.

80077972.doc