IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC., and CIMA LABS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., and WATSON PHARMA, INC.,<br><br>Defendants. | Civ. No. 08-330-SLR<br>Civ. No. 09-724-SLR |

## MEMORANDUM ORDER

At Wilmington this 28th day of October, 2010, having been apprised that the 30-month stay in this Hatch-Waxman case has now lapsed;

IT IS ORDERED that defendants are hereby enjoined from launching a generic version of Cephalon's Fentora® brand fentanyl citrate buccal tablets, notwithstanding the impending grant of final approval on ANDA 79-075 by the FDA, until the court issues its opinion in the above-captioned matter.

                                                                    /s/ Sue L. Robinson
                                                                 United States District Judge